UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE CZINEGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARLEY G. LAPPIN, Director,<br>Federal Bureau of Prisons,<br>320 First Street, NW<br>Washington, DC 20534,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-2178 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak as counsel for Defendant in the above-captioned case.

Dated: February 4, 2008
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　(202) 514-7143
　　　　　　　　　　　　　　　　　　brian.hudak@usdoj.gov