UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE CZINEGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2178 (RCL) |
| ) | |
| HARLEY G. LAPPIN, Director, ) | |
| Federal Bureau of Prisons, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## CONSENT MOTION FOR AN EXTENSION OF TIME TO ANSWER OR MOVE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Harley G. Lappin, Director, Federal Bureau of Prisons ("Bureau"), respectfully moves, by and through its undersigned counsel, for an enlargement of time to respond to the Complaint filed in the above entitled action. Specifically, Defendant requests that the Court extend the deadline for answering or moving as to the Complaint from February 8, 2008, to March 13, 2008. Plaintiff, through his counsel, has graciously consented to the relief sought by this motion. The grounds for such relief are set forth below.

This case concerns Plaintiff's transfer application to serve his prison sentence in his home country of Canada. The Complaint seeks to compel the Bureau to transmit Plaintiff's transfer application to the Department of Justice, International Prisoner Transfer Unit ("IPTU") for processing, and declare that the Bureau's protocols for forwarding transfer application to IPTU are contrary to United States treaty obligations and the U.S. Code.

The U.S. Attorney's Office was served with the Complaint on December 10, 2007. Promptly after the U.S. Attorney's Office was served, defense counsel with daily responsibility

for this matter contacted the Bureau to obtain information and assistance.  Although Bureau and

defense counsel have been working diligently to analyze the relevant materials and prepare a

response, matters and deadlines in other pending cases have prevented the completion of an

appropriate response.  Additionally, after learning that the Bureau had transmitted Plaintiff's

application to IPTU, defense counsel contacted Plaintiff's counsel and the parties have discussed

the possibility of resolving this action without further litigation.  Accordingly, deferring the

filing of Defendant's answer by a reasonable amount of time will allow counsel sufficient time to

develop a comprehensive approach to resolving this matter.

        This request is filed in good faith and will not unduly delay the Court's resolution of this

matter.  This motion represents Defendant's first request for an extension of this deadline and, in

total, the first request for an extension in this action.  No scheduling order has been entered and

no other pending deadlines will be affected by granting the requested extension.  Allowing

Defendant a reasonable amount of additional time to evaluate the claims and possible defenses

serves the interests of the parties and the Court.

        WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for

responding to the Complaint be extended to, and including, March 13, 2008.  A proposed order is

attached.

Dated: February 4, 2008
        Washington, DC

                                        Respectfully submitted,


                                        _____
                                        JEFFREY A. TAYLOR, D.C. BAR #498610
                                        United States Attorney

RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


      /s/

BRIAN P. HUDAK
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7143

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

STEVE CZINEGE,                          )
                                        )
                                        )
            Plaintiff,                  )
                                        )
       v.                               )          Civil Action No. 07-2178 (RCL)
                                        )
HARLEY G. LAPPIN, Director,             )
Federal Bureau of Prisons,              )
                                        )
            Defendant.                  )
_____ )

## <u>ORDER</u>

UPON CONSIDERATION of Defendant's first consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, March 13, 2008, to respond to the Complaint in this action.


_____                    _____
Date                                ROYCE C. LAMBERTH
                                    United States District Judge