UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVE CZINEGE,<br><br>       Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN, Director,<br>Federal Bureau of Prisons,<br><br>       Defendant. | Civil Action No. 07-2178 (RCL) |

## **ORDER**

UPON CONSIDERATION of Defendant's first consent motion for an enlargement of time to respond to the Complaint in this action, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that Defendant shall have through, and including, March 13, 2008, to respond to the Complaint in this action.

__02/04/2008_____                          _____/s/_____
Date                                                    ROYCE C. LAMBERTH
                                                         United States District Judge