IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**STEVE CZINEGE,**

　　　　　Plaintiff,

　　　v.　　　　　　　　　　　　　　　　Civil Action No. 07-2178 (RCL)

**HARLEY G. LAPPIN, Director**
Federal Bureau of Prisons,

　　　　　Defendant.

## CONSENT MOTION FOR EXTENSION OF TIME

　　　　Plaintiff respectfully moves for an extension of time pursuant to Fed. R. Civ. P. 6(b)(1) within which to respond to Defendant's Motion to Dismiss. Plaintiff's response is due on March 27, 2008. Plaintiff requests a four-week extension, to and including April 24, 2008, within which to respond.

　　　　Defendant's Motion to Dismiss was electronically filed on March 13, 2008. Plaintiff's counsel returned that same date from an overseas trip in connection with another case. Although counsel immediately began work on a response, the press of other business and the onset of an illness requiring medical care has delayed progress on it. Counsel would also like to give serious consideration to agreeing to dismissal of the case, and this will require additional time to resolve.

　　　　This is Plaintiff's first request for an extension of time and Defendant, speaking through Assistant U.S. Attorney Brian Hudak, has graciously consented to it.

WHEREFORE, Plaintiff respectfully requests that the time for responding to

Defendant's Motion to Dismiss be extended to, and include, April 24, 2008.  A proposed order

is attached.

Respectfully submitted,

Dated: March 24, 2008

Sylvia Royce
DC Bar 924035
5505 Connecticut Avenue, NW #340
Washington, DC  20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com
Attorney for Plaintiff

-2-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**STEVE CZINEGE,**

Plaintiff,

v.

Civil Action No. 07-2178 (RCL)

**HARLEY G. LAPPIN, Director**
Federal Bureau of Prisons,

Defendant.

## [PROPOSED] ORDER

Upon consideration of Plaintiff's first unopposed motion for an extension of time within

which to file a response to Defendant's Motion to Dismiss, and for good cause shown, it is

hereby:

ORDERED that Plaintiff's motion is granted, and further

ORDERED that Plaintiff shall have through April 24, 2008, to file his response to

Defendant's Motion to Dismiss.

_____

Date

_____
ROYCE C. LAMBERTH
United States District Judge