## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**STEVE CZINEGE,**

        Plaintiff,

    v.                        Civil Action No. 07-2178 (RCL)

**HARLEY G. LAPPIN, Director**
Federal Bureau of Prisons,

        Defendant.

### PLAINTIFF'S CONSENT TO DISMISSAL

Plaintiff has reviewed Defendant's Motion to Dismiss through counsel and, in light of

the facts that (1) Plaintiff has been approved for transfer from the U.S. to Canada and

(2) Plaintiff has been moved from FCI Lompoc to a contract facility, which minimizes the risk

of retaliatory action against him by Defendant's employees while he awaits transfer to Canada,

Plaintiff does not oppose Defendant's motion to dismiss.


Respectfully submitted,

Dated: April 22, 2008

Sylvia Royce
DC Bar 924035
5505 Connecticut Avenue, NW #340
Washington, DC   20015
Tel: (202) 362-3445
Fax: (202) 686-4271
sylvia_royce@hotmail.com
Attorney for Plaintiff